IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRYCE FRANKLIN,

    Petitioner,

v.                                      No. 1:18-cv-1239-MV-JHR

ALISHA LUCERO, *Warden*,
ATTORNEY GENERAL FOR
THE STATE OF NEW MEXICO,

    Respondents.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed his Proposed Findings and Recommended Disposition on October 17, 2019. [Doc. 14]. The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

    IT IS THEREFORE ORDERED AS FOLLOWS:

1. The *Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus* [Doc. 1] is DENIED.

2. A certificate of appealability is DENIED;

3. The *Request for Hearing* [Doc. 14] is DENIED; and

4. The *Motion for Respondents to Provide a Copy of D.N.M.L.R.* [Doc. 11] is DENIED as moot.

                                     _____
                                     UNITED STATES DISTRICT JUDGE